AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

v.

MARTIN GUZMAN,
         Defendant.

**APPEARANCE**

Case Number:  08 MAG. 0813

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for  Martin Guzman

    I certify that I am admitted to practice in this court.

April 17, 2008
Date

Signature: *[signed]*

David Touger — 7790
Print Name — Bar Number

70 Lafayette Street
Address

New York — NY — 10013
City — State — Zip Code

(212) 608-1234 — (212) 513-1989
Phone Number — Fax Number