**RECEIVED**
JUN - 2 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**PELUSO & TOUGER, LLP**
ATTORNEYS AT LAW
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

June 2, 2008

VIA FACSIMILE (212) 805-7924

Honorable Sidney H. Stein
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re: <u>United State v. Guzman,</u>
08 Cr 0367 (SHS)

**MEMO ENDORSED**

> 6/2/08
> Conf. remains at 6/9/08 at 4 p.m. as does deadline for notifying the court what motions, if any, defendants intend to make. Defendant Guzman's appearance is excused for 6/9/08, as only legal matters will be addressed.
> So ordered.
> /s/ Sidney H. Stein
> U.S.D.J.

Your Honor,

As the Court is well aware the above matter is scheduled for a conference on June 9th however, my client Martin Guzman has just recently entered a 30-day in-patient drug program and thus would be unable to appear on that date without missing a day of the program, which would be detrimental to his progress in the program. I have contacted AUSA Dobbs and both of my co-counsel and all three consent to adjourn the matter until any day in late July or early August that is convenient for the Court. Thus, I would respectfully request that the Court adjourn the above matter as per the above request. Finally, all three defense counsel consent to the time from now until the newly scheduled conference date to be excluded from Speedy Trial calculations.

Thank you very much for your attention to this matter.

Respectfully yours,

David Touger

cc: AUSA Jenna Dobbs
Co-counsel

SO ORDERED 6/2/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.