# MEMORANDUM

TO: **HONORABLE SIDNEY H. STEIN**
U.S. District Judge

FROM: Natasha Ramesar
U.S. Pretrial Services Officer

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/9/08

RE: Martin Guzman
DOCKET#: 08 CR 367-03

The attached memorandum was prepared by Pretrial Services Officer:

| **Natasha Ramesar** | 212-805-4118 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # __23A__ on __July 15__ at __2:30 p.m.__
                       Date                   Time

[ ] I request that a Bail Review Hearing be conducted by:

  [ ] The presiding Magistrate Judge in courtroom # 5A.

  [ ] The District Court Judge presiding in Part I.

  [ ] _____ at his/her earliest convenience.
      Judicial Officer

[ ] So ordered: ___[signature]___   Date __July 9, 2008__