USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

MARTIN GUZMAN,
                          Defendant.
------------------------------------------X

**ORDER**

08 Cr. 0367(SHS)

**Now Upon Hearing and Finding**, that Martin Guzman has deposited $10,000.00 with the Clerk of the Court and that Mr. Guzman has been remanded to the custody of the BOP, *in an affidavit dated July 10, 2008*. Upon the request of Martin Guzman and his attorney David Touger, Esq. that Mr. Guzman's bail be exonerated and the funds returned to David Touger, Esq.

**It is Ordered and Decreed**, that the Clerk of the Court exonerate Mr. Guzman's cash bail deposit in the amount of $10,000 and issue a refund check to David Touger, Esq.

              SO ORDERED:

                                        _____
                                        Sidney H. Stein
                                        United States District Judge

Dated: